Certificate Number: 15317-PAW-DE-030112631

Bankruptcy Case Number: 17-23754



15317-PAW-DE-030112631

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2017</u>, at <u>6:23</u> o'clock <u>PM PDT</u>, <u>Brandon R Swiech</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>November 1, 2017</u>         By:   <u>/s/Eunice Francia</u>

                                        Name:  <u>Eunice Francia</u>

                                        Title: <u>Counselor</u>