**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brandon Richard Swiech** | Social Security number or ITIN **xxx-xx-5605** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | **17-23754-GLT** | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brandon Richard Swiech

<u>1/10/18</u>                                                                    **By the court:**  <u>Gregory L. Taddonio</u>
                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 17-23754-GLT
Brandon Richard Swiech                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1             Date Rcvd: Jan 10, 2018
                              Form ID: 318             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
```
db            +Brandon Richard Swiech,   1615 Boundry Street,   Monongahela, PA 15063-1109
14695529      +American Education Services/PHEAA,   PO Box 61047,   Harrisburg, PA 17106-1047
14695537      +Marcus Tonini,   330 Charlies Road,   Smithton, PA 15479-8737
14695539       PNC Bank,   PO Box 3429,   Pittsburgh, PA 15230-3429
14695538      +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
14695540       Quicken Loans, Inc.,   ATTN: Client Relations,   PO Box 442359,   Detroit, MI 48244-2359
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QPJWILSON.COM Jan 11 2018 02:03:00      Pamela J. Wilson,   810 Vermont Avenue,
               Pittsburgh, PA 15234-1222
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2018 02:13:30      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
14695530       EDI: BANKAMER.COM Jan 11 2018 02:03:00      Bank of America,   PO Box 982238,
               El Paso, TX 79998
14695532       EDI: RMSC.COM Jan 11 2018 02:03:00      CareCredit-Synchrony Bank,   ATTN: Bankruptcy Dept,
               PO Box 965061,   Orlando, FL 32896-5061
14695533       EDI: CHASE.COM Jan 11 2018 02:03:00      Chase Card Services,   PO Box 15298,
               Wilmington, DE 19850-5298
14695534      +EDI: CITICORP.COM Jan 11 2018 02:03:00      Citi Cards,   PO Box 6241,
               Sioux Falls, SD 57117-6241
14695535       EDI: DISCOVER.COM Jan 11 2018 02:03:00      Discover Financial Services,   PO Box 15316,
               Wilmington, DE 19850
14695536       EDI: IRS.COM Jan 11 2018 02:03:00      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
14696765      +EDI: PRA.COM Jan 11 2018 02:03:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
14695541      +E-mail/Text: bankruptcy@huntington.com Jan 11 2018 02:13:43      The Huntingdon National Bank,
               PO Box 1558,   Columbus, OH 43216-1558
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Quicken Loans Inc.
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14695531      ##+Brandy Swiech,   284 Bridge Street,   Hunker, PA 15639-1000
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
```
              Brian P. Cavanaugh    on behalf of Debtor Brandon Richard Swiech bcavanaugh@greensburglaw.com,
               kwahl@greensburglaw.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```