IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Brandon Richard Swiech  :  Bankruptcy No. 17-23754-GLT
: Chapter  7
Debtor :
:
: Document No.
Movant  Brandon Richard Swiech  :
:
v. :
:
:
Respondent (if none, then "No Respondent") :
No Respondent

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name:  Brandy Swiech

Incorrect Address: 284 Bridge Street
Hunker, PA 15639

Corrected Address:

Creditor Name:  Brandy Swiech

Correct Address:  330 Charlies Road
Smithton, PA 15479-8737

Dated  1/15/2018

Electronic Signature of Debtor(s)' Attorney
/s/ Brian P. Cavanaugh

Typed Name
Brian P. Cavanaugh

Address
229 South Maple Avenue
Greensburg, PA 15601
bcavanaugh@greensburglaw.com

Phone No.
(724) 836-0321, ext. 12

Bar I.D. and State of Admission
PA ID #72691